| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Smith, Jr., Milan D. | 2. Court or Organization  Ninth Circuit | 3. Date of Report  05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  United States Court of Appeals Suite 2325, 222 N Sepulveda Bl El Segundo, California 90245 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Smith Jr., Milan D.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1. | 2009 | Self employed attorney | |
| 2. | 2009 | Gogian Foundation-Trustee | |
| 3. | | | |
| 4. | | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bar Association of San Francisco-Labor and Employment Section | February 20-22 2009 | Yosemite, California | Participate in Ninth Circuit Judges Panel | Transportation, Food, Hotel |
| 2. | University of Chicago Law School | April 29-30 2009 | Chicago, Illinois | Judge Hinton Moot Court Competition | Transportation, Food, Hotel |
| 3. | State Bar of Alaska | May 7-8 2009 | Juneau, Alaska | Represent Ninth Circuit-Participate on Panle with Justice Alito | Transportation, Food, Hotel |
| 4. | B.Y.U. Law School | October 29-30 2009 | Provo, Utah | Judge Rex E. Lee Moot Court Competition | Transportation, Food |
| 5. | Federalist Society-Stanford Law School | November 17-18 2009 | Palo Alto, California | Speak to Chapter | Transportation, Food, Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric Co. | A | Dividend | J | T | Sold (part) | 10/08/09 | J | | |
| 2. Johnson & Johnson | B | Dividend | | | Buy (add'l) | 05/06/09 | J | | |
| 3. Johnson & Johnson | | | | | Sold (part) | 07/08/09 | K | B | |
| 4. Johnson & Johnson | | | | | Sold (part) | 10/08/09 | K | C | |
| 5. Johnson & Johnson | | | | | Sold | 10/29/09 | J | D | |
| 6. Microsoft Corporation | A | Dividend | | | Sold | 10/29/09 | K | E | |
| 7. Coca-Cola Company | A | Dividend | J | T | Sold (part) | 10/29/09 | K | D | |
| 8. Intuitive Surgical Inc. | | None | K | T | | | | | |
| 9. Kinder Morgan Energy Partners LP Unit Ltd Partnershihp | B | Distribution | L | T | Buy (add'l) | 05/06/09 | J | | |
| 10. American Tower Corp CL A | | None | K | T | Buy (add'l) | 10/22/09 | J | | |
| 11. Devon Energy Corp New | A | Dividend | K | T | Buy (add'l) | 03/05/09 | J | | |
| 12. Devon Energy Corp New | | None | | | Buy (add'l) | 03/31/09 | J | | |
| 13. Devon Energy Corp New | | None | | | Sold (part) | 07/22/09 | J | B | |
| 14. L-3 Communications Holdings Inc. | A | Dividend | K | T | | | | | |
| 15. Pepsico Incorporated | A | Dividend | K | T | Buy (add'l) | 12/23/09 | J | | |
| 16. Time Warner Inc. | | None | J | T | | | | | |
| 17. Time Warner Cable | | None | J | T | Spinoff (from line 16) | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Canadian Natl Ry Co. | A | Dividend | K | T | Sold (part) | 07/22/09 | J | B | |
| 19. Boeing Co | A | Dividend | | | Sold | 10/29/09 | J | C | |
| 20. Templeton Growth Fund Class A | | None | | | Sold | 01/08/09 | K | | |
| 21. First Colony Life Policy | | None | J | T | | | | | |
| 22. Aetna Life Policy | | None | K | T | | | | | |
| 23. California Pizza Kitchen | | None | K | T | | | | | |
| 24. Quanta SVCS Inc | | None | K | T | | | | | |
| 25. DaimlerChrysler NA Hldg 7.200 9/1/09 | A | Interest | | | Redeemed | 09/01/09 | J | | |
| 26. Dow Chemical Company 5.750 12/15/12 | A | Interest | J | T | | | | | |
| 27. Dow Chemical Company 5.3000 3/15/13 | A | Interest | J | T | | | | | |
| 28. Franklin Universal Trust | C | Dividend | L | T | Buy (add'l) | 05/06/09 | J | | |
| 29. General Electric Cap Corp 8.125 5/15/12 | A | Interest | | | Sold | 04/09/09 | J | A | |
| 30. General Electric Cap Corp 4.000 4/15/10 | A | Interest | J | T | | | | | |
| 31. Goldman Sachs 5.250 10/15/13 | A | Interest | J | T | | | | | |
| 32. Household Fin Corp 5.875 2/1/09 | A | Interest | | | Redeemed | 02/02/09 | J | | |
| 33. Intl Lease Fin Corp 4.375 11/1/09 | A | Interest | | | Sold | 11/02/09 | J | A | |
| 34. Intl Lease Fin Corp 4.200 2/15/10 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. John Hancock Life Ins Co 4.150 2/15/12 | A | Interest | J | T | | | | | |
| 36. La Salle Fndg LLC Multi 3.000 1/15/11 | A | Interest | J | T | | | | | |
| 37. McDonald's Corp 6.000 4/15/11 | A | Interest | J | T | | | | | |
| 38. MFS Intermediate Income Trust | C | Dividend | L | T | Sold (part) | 11/05/09 | J | A | |
| 39. Motorola Inc. 7.625 11/15/10 | A | Interest | J | T | | | | | |
| 40. National Rural Utilities 4.125 2/15/11 | A | Interest | J | T | | | | | |
| 41. New York Tel Co. 7.000 6/15/13 | A | Interest | J | T | | | | | |
| 42. General Motors Accp Corp 5.625 5/15/09 | A | Interest | | | Redeemed | 05/15/09 | J | A | |
| 43. Teco Energy Inc 7.200 5/1/11 | A | Interest | J | T | | | | | |
| 44. Anaheim CA Pub Fing Auth 5.000 10/1/10 | A | Interest | J | T | | | | | |
| 45. Parlier Calif Redev Agy 4.650% 8/1/10 | A | Interest | J | T | | | | | |
| 46. Pasadena CA Electric 5.000 8/1/09 RFD Bonds | A | Interest | | | Redeemed | 08/03/09 | J | | |
| 47. Sacramento CA Mun Rev 5.250 8/15/09 | A | Interest | | | Redeemed | 08/17/09 | J | | |
| 48. Oneok Inc New | B | Dividend | K | T | Sold (part) | 03/05/09 | K | | |
| 49. Oneok Inc New | | | | | Buy (add'l) | 03/05/09 | K | | |
| 50. Russell Money Market S | A | Int./Div. | J | T | | | | | |
| 51. Century Tel., Inc. Cpn 5.000% Due 2/15/15 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,000 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Dean Witter Discover Odd Cpn Med Term Notes 7.07% 2/10/14 | A | Interest | J | T | | | | | |
| 53. Motorola Inc. Notes call @market+25 BP | | None | | | Sold | 01/08/09 | J | | |
| 54. Boeing Co. Global Notes Cpn 5.125% Due 2/15/13 | | None | J | T | | | | | |
| 55. Genzyme Corp Gen Div | | None | K | T | Buy (add'l) | 07/23/09 | J | | |
| 56. Cisco Systems Inc. | | None | | | Sold | 10/08/09 | J | | |
| 57. International Business Machines | A | Dividend | | | Sold | 10/08/09 | J | | |
| 58. Marriott Int Inc Class A | A | Dividend | J | T | Sold (part) | 03/30/09 | J | A | |
| 59. Medtronic Inc | A | Dividend | | | Sold | 10/08/09 | J | | |
| 60. UltraShort S & P 500 ProShares | | None | | | Buy (add'l) | 07/22/09 | J | | |
| 61. UltraShort S & P 500 ProShares | | | | | Sold (part) | 08/14/09 | J | | |
| 62. UltraShort S & P 500 ProShares | | | | | Sold | 08/14/09 | J | | |
| 63. Ultrashort Russell 2000 Reg ETF | | None | | | Sold | 05/05/09 | K | | |
| 64. MBIA/Claymore MGD Dura Inv Grd Muni Fd | C | Dividend | L | T | Buy (add'l) | 07/16/09 | K | | |
| 65. Los Angeles CA USD GO B/E 7-1-09 | B | Interest | | | Redeemed | 07/01/09 | K | | |
| 66. Tamarack Instl Prime Fd | C | Int./Div. | O | T | | | | | |
| 67. Bank of NY Mellon Corp | A | Dividend | | | Sold | 10/29/09 | J | C | |
| 68. Money Mkt Oblig Trust Auto Cash Mgmt | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Capital Agency Corp | D | Dividend | L | T | Buy (add'l) | 03/31/09 | J | | |
| 70. American Capital Agency Corp | | None | | | Buy (add'l) | 03/05/09 | J | | |
| 71. American Capital Agency Corp | | | | | Buy (add'l) | 05/06/09 | J | | |
| 72. American Capital Agency Corp | | | | | Sold (part) | 07/08/09 | J | A | |
| 73. American Capital Agency Corp | | | | | Sold (part) | 07/08/09 | J | A | |
| 74. American Capital Agency Corp | | | | | Sold (part) | 07/22/09 | J | B | |
| 75. American Capital Agency Corp | | | | | Buy (add'l) | 12/23/09 | J | | |
| 76. Williams Partners LP Com Unit Ltd Part Int | C | Distribution | K | T | Sold (part) | 03/05/09 | J | | |
| 77. Williams Partners LP Com Unit Ltd Part Int | | | | | Buy (add'l) | 03/05/09 | J | | |
| 78. Williams Partners LP Com Unit Ltd Part Int | | | | | Buy (add'l) | 03/31/09 | J | | |
| 79. Williams Partners LP Com Unit Ltd Part Int | | | | | Sold (part) | 05/06/09 | J | A | |
| 80. Ishares Barclays Short Treasury Bond Fund ETF | | None | | | Buy (add'l) | 01/30/09 | M | | |
| 81. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Sold (part) | 05/06/09 | L | | |
| 82. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Sold (part) | 05/07/09 | K | | |
| 83. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Sold (part) | 07/22/09 | J | | |
| 84. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Sold (part) | 08/20/09 | K | | |
| 85. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Sold (part) | 08/20/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Sold | 09/16/09 | L | | |
| 87. Ishares Barclays Short Treasury Bond Fund ETF | A | Dividend | | | | | | | |
| 88. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | D | Dividend | M | T | Sold (part) | 07/22/09 | J | | |
| 89. Capstead Mtg Corp Com No Par | D | Dividend | L | T | Buy (add'l) | 03/31/09 | J | | |
| 90. Capstead Mtg Corp Com No Par | | None | | | Buy (add'l) | 05/06/09 | J | | |
| 91. MFA Mortgage Investments Inc. | C | Dividend | K | T | Buy (add'l) | 03/31/09 | J | | |
| 92. MFA Mortgage Investments Inc. | | None | | | Sold (part) | 07/08/09 | J | | |
| 93. MFA Mortgage Investments Inc. | | | | | Sold (part) | 08/20/09 | J | | |
| 94. Hatteras Financial Corp | C | Dividend | K | T | Buy (add'l) | 03/05/09 | J | | |
| 95. Hatteras Financial Corp | | | | | Buy (add'l) | 05/06/09 | J | | |
| 96. Franklin/Templeton Hard Currency Fund Cl A | | None | | | Sold | 01/08/09 | J | | |
| 97. Templeton Global Bond Fund Cl A | | None | | | Sold | 01/08/09 | J | | |
| 98. Putnam Managed Municipal Income Trust-SBI | C | Dividend | L | T | Buy (add'l) | 05/06/09 | J | | |
| 99. Putnam Managed Municipal Income Trust-SBI | | | | | Buy (add'l) | 05/07/09 | J | | |
| 100. Putnam Managed Municipal Income Trust-SBI | | | | | Buy (add'l) | 05/08/09 | J | | |
| 101. Putnam Municipal Opportunities Trust-SBI | C | Dividend | L | T | Buy (add'l) | 03/06/09 | J | | |
| 102. Putnam Municipal Opportunities Trust-SBI | | | | | Buy (add'l) | 03/09/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Seligman Select Municipal Fund Inc. | B | Interest | M | T | Buy (add'l) | 03/06/09 | K | | |
| 104. Seligman Select Municipal Fund Inc. | | | | | Buy (add'l) | 05/06/09 | K | | |
| 105. Discover Bank Greenwood DE 4.400%; 8/03/09 | B | Interest | | | Redeemed | 08/03/09 | K | | |
| 106. Comerica Bank Detroit, MI; 4.16%; 08/07/09 | A | Interest | | | Redeemed (part) | 08/07/09 | K | | |
| 107. Comerica Bank Detroit, MI; 4.16%; 08/07/09 | | | | | Redeemed | 08/07/09 | K | | |
| 108. Westernbank PR; 5.20%; 08/07/10 | B | Interest | K | T | | | | | |
| 109. Comerica Bank Detroit, MI; 2.536%; 8/7/09 | A | Interest | | | Redeemed | 08/07/09 | K | | |
| 110. Huntington Natl Bank Columbus, OH; 3.06%; 09/03/09 | A | Interest | | | Redeemed | 09/03/09 | K | B | |
| 111. Fidelity Advisor Mun Income Fund Cl. T | B | Dividend | K | T | Buy (add'l) | 12/23/09 | K | | |
| 112. Capital One Bank Glen Allen, VA; 2.27%; 02/23/09 | A | Interest | | | Redeemed | 02/23/09 | K | A | |
| 113. Bank North GA Alpharetta; 3.35%; 04/30/09 | B | Interest | | | Redeemed | 04/30/09 | K | | |
| 114. Huntington Natl Bank Columbus, OH; 2.47%; 09/03/09 | A | Interest | | | Redeemed | 09/03/09 | K | B | |
| 115. Gabelli Glbl Util Inc Trust | A | Dividend | J | T | Sold (part) | 01/28/09 | K | | |
| 116. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | C | Dividend | M | T | Buy | 03/31/09 | L | | |
| 117. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | | | | Buy (add'l) | 11/05/09 | K | | |
| 118. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | | | | Buy (add'l) | 12/24/09 | K | | |
| 119. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | | | | Buy (add'l) | 11/05/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ishares Barclays Intermediate Credit Bond Fund | D | Dividend | M | T | Buy | 03/31/09 | L | | |
| 121. Ishares Barclays Intermediate Credit Bond Fund | | | | | Buy (add'l) | 03/31/09 | L | | |
| 122. Ishares Barclays Intermediate Credit Bond Fund | | | M | T | Buy (add'l) | 09/16/09 | J | | |
| 123. Ishares Barclays MBS Bond Fund ETF | D | Dividend | N | T | Buy | 03/31/09 | L | | |
| 124. Ishares Barclays MBS Bond Fund ETF | | | | | Buy | 05/07/09 | L | | |
| 125. Ishares Barclays MBS Bond Fund ETF | | | | | Buy (add'l) | 07/08/09 | L | | |
| 126. Ishares Barclays MBS Bond Fund ETF | | | | | Buy (add'l) | 05/06/09 | L | | |
| 127. Ishares Barclays 1-3 YR Credit Bond Fund ETF | C | Dividend | M | T | Buy | 05/05/09 | L | | |
| 128. Ishares Barclays 1-3 YR Credit Bond Fund ETF | | | | | Buy (add'l) | 05/06/09 | M | | |
| 129. Proshares Ultrashort Midcap400 ETF | | None | | | Buy | 05/06/09 | K | | |
| 130. Proshares Ultrashort Midcap400 ETF | | | | | Sold | 07/22/09 | J | | |
| 131. Annaly Capital Management Inc. | C | Dividend | L | T | Buy | 03/31/09 | J | | |
| 132. Annaly Capital Management Inc. | | | | | Buy (add'l) | 05/06/09 | J | | |
| 133. Annaly Capital Management Inc. | | | | | Buy (add'l) | 07/22/09 | K | | |
| 134. Annaly Capital Management Inc. | | | | | Buy (add'l) | 07/23/09 | J | | |
| 135. Annaly Capital Management Inc. | | | | | Buy (add'l) | 12/23/09 | J | | |
| 136. Annaly Capital Management Inc. | | | | | Buy (add'l) | 12/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V =Other | W =Estimated | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 137. Linn Energy LLC | | None | K | T | Buy | 07/23/09 | K | | | |
| 138. Copano Energy LLC | | None | K | T | Buy | 08/14/09 | J | | | |
| 139. Copano Energy LLC | | | | | Buy (add'l) | 09/16/09 | J | | | |
| 140. Ishares Trust Barclays Credit Bond Fund ETF | A | Dividend | M | T | Buy | 08/20/09 | L | | | |
| 141. Ishares Trust Barclays Credit Bond Fund ETF | | | | | Buy (add'l) | 12/23/09 | L | | | |
| 142. Ameren Corp | A | Dividend | K | T | Buy | 09/16/09 | K | | | |
| 143. Ameren Corp | | | | | Buy (add'l) | 12/23/09 | J | | | |
| 144. Proshares Ultrashort MSCI EAFE ETF | | None | | | Sold | 05/06/09 | J | | | |
| 145. Cenovus Energy Inc | A | Dividend | J | T | | | | | | |
| 146. Encana Corp | A | Dividend | K | T | | | | | | |
| 147. Ishares Barclays Short Treasury Bond Fund ETF | B | Dividend | M | T | Buy | 01/30/09 | M | | | |
| 148. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Sold (part) | 05/06/09 | L | A | | |
| 149. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Sold (part) | 05/07/09 | K | | | |
| 150. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Sold (part) | 07/23/09 | M | | | |
| 151. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Sold (part) | 09/16/09 | K | | | |
| 152. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Sold (part) | 10/09/09 | K | | | |
| 153. Ishares Barclays Short Treasury Bond Fund ETF | | | | | Buy (add'l) | 12/23/09 | M | | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)
   F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Abbot Laboratories | A | Dividend | K | T | Buy | 05/06/09 | K | | |
| 155. Abbot Laboratories | | | | | Buy (add'l) | 12/23/09 | J | | |
| 156. Proshares Ultrashort S&P 500 ETF | | None | | | Buy | 05/06/09 | K | | |
| 157. Proshares Ultrashort S&P 500 ETF | | | | | Sold | 08/14/09 | K | | |
| 158. Teppco Partners LP Units LTD Partnership Int | A | Distribution | | | Buy | 07/22/09 | K | | |
| 159. Teppco Partners LP Units LTD Partnership Int | | | | | Merged (with line 163) | 10/27/09 | | | |
| 160. Ishares Trust Barclays Credit Bond Fund ETF | B | Dividend | M | T | Buy | 08/20/09 | L | | |
| 161. Ishares Trust Barclays Credit Bond Fund ETF | | | | | Buy (add'l) | 09/19/09 | K | | |
| 162. H & Q Life Sciences Ivestors SBI | | | K | T | Buy | 10/09/09 | K | | |
| 163. Enterprise Products Partners LP | A | Distribution | K | T | Buy | 11/05/09 | J | | |
| 164. Powershares Global Exchange Trades FD TR Weekly VRDO Tax Fre | A | Dividend | L | T | Buy | 05/06/09 | L | | |
| 165. Powershares Global Exchange Trades FD TR Weekly VRDO Tax Fre | | | | | Buy (add'l) | 08/20/09 | J | | |
| 166. Powershares Global Exchange Trades FD TR Weekly VRDO Tax Fre | | | | | Buy (add'l) | 11/05/09 | J | | |
| 167. Franklin Templeton Funds US Govt Securities Ser Cl A | B | Dividend | | | Buy | 01/08/09 | K | | |
| 168. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Buy (add'l) | 02/04/09 | J | | |
| 169. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Buy (add'l) | 03/04/09 | J | | |
| 170. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Buy (add'l) | 04/03/09 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Buy (add'l) | 05/05/09 | J | | |
| 172. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Buy (add'l) | 06/03/09 | J | | |
| 173. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Buy (add'l) | 07/06/09 | J | | |
| 174. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Buy (add'l) | 08/05/09 | J | | |
| 175. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Buy (add'l) | 09/03/09 | J | | |
| 176. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Buy (add'l) | 10/05/09 | J | | |
| 177. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Buy (add'l) | 11/04/09 | J | | |
| 178. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Buy (add'l) | 12/03/09 | J | | |
| 179. Franklin Templeton Funds US Govt Securities Ser Cl A | | | | | Sold | 12/23/09 | K | | |
| 180. Teco Energy Inc X (Not On 2008 Report) | None | | K | T | | | | | |
| 181. Blackrock Income Trust Inc | None | | K | T | Buy | 12/23/09 | J | | |
| 182. Blackrock Income Trust Inc | | | | | Buy (add'l) | 12/24/09 | J | | |
| 183. DWS Dreman Value Income Edge Fund Inc New | None | | J | T | Buy | 12/23/09 | J | | |
| 184. Franklin Investors Secs Tr Adjustable US Govt Secs Fund | None | | K | T | Buy | 12/23/09 | K | | |
| 185. Gabelli Dividend & Income Fund | None | | J | T | Buy | 12/23/09 | J | | |
| 186. Ishares Trust Barclays 1-3 Yr Credit Bond Fund ETF | None | | L | T | Buy | 12/23/09 | L | | |
| 187. H J Heinz Co | None | | J | T | Buy | 12/23/09 | J | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q=Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. H & Q Life Sciences Investors SBI | | None | J | T | Buy | 12/23/09 | J | | |
| 189. Eli Lilly & Co | | None | J | T | Buy | 12/23/09 | J | | |
| 190. Statoil Asa Sponsored ADR | | None | J | T | Buy | 12/23/09 | J | | |
| 191. St Jude Medical Inc | | None | J | T | Buy | 12/23/09 | J | | |
| 192. Windstream Corp | | None | J | T | Buy | 12/23/09 | J | | |
| 193. M & I Marshall & Ilsley Bk Milwaukee Wis C/D FDIC DUE 2/26/2 | | None | K | T | Buy | 03/09/09 | K | | |
| 194. United Western Bk Denver Co C/D FDIC Ins to Limits Due 6/30/ | A | Interest | K | T | Buy | 06/30/09 | K | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILF ... PORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544